## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

### COMMONWEALTH of Pennsylvania, Appellee

v.

### James David PUGH, Appellant.

Supreme Court of Pennsylvania.

Argued Sept. 10, 2002.

Decided Oct. 1, 2002.

Jack William Cline, Mercer, Paul John Powers, Sharon, for James David Pugh, Appellant.

Peter Rosalsky, Philadelphia, for Defender Ass'n of Philadelphia, Appellant Amicus Curiae.

Samuel R. Zuck, James Peter Epstein, Mercer, for Appellee, Com. of PA.

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Chief Justice ZAPPALA dissents.

### Mary L. WHITE, Individually and Derivatively on Behalf of Associates in Child Guidance, Inc., a Close Corporation,

v.

### Shayen A. GEORGE, M.A., Associates in Counseling and Child Guidance, a Pennsylvania Domestic, Nonprofit Corporation,

v.

### Associates In Child Guidance, Inc. a Close Corporation,

### Appeal of Richard Sandow and Jones, Gregg, Creehan & Gerace, LLP.

### Mary L. White, Individually and Derivatively on Behalf of Associates in Child Guidance, Inc., a Close Corporation,

v.

### Shayen A. George, M.A., Associates in Counseling and Child Guidance, a Pennsylvania Domestic, Nonprofit Corporation,

v.

### Associates in Child Guidance, Inc. a Close Corporation,

### Appeal of Shayen A. George.

Supreme Court of Pennsylvania.

Argued Sept. 9, 2002.

Decided Oct. 1, 2002.

906

Stephen R. Poljak, Pittsburgh, for Appellant, Richard Sandow and Jones, Gregg, Creehan & Gerace, LLP.

Stanley M. Stein, Pittsburgh, for Appellee, Mary L. White.

Richard Barry Sandow, John Paul Corcoran, Pittsburgh, for Appellee, Shayen A. George.

Brian Thornton Must, Pittsburgh, for Appellees, Shayen A. George and Assoc. in Counseling and Child Guidance.

Before ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

### *ORDER*

PER CURIAM.

Appeals dismissed as having been improvidently granted.

**ROX COAL COMPANY, Appellant,**

v.

**WORKERS' COMPENSATION APPEAL BOARD (SNIZASKI),**
Appellee (Two Cases).

Supreme Court of Pennsylvania.

Argued March 4, 2002.

Decided Oct. 1, 2002.